No. 18. THE LONG-BELL LUMBER CO., APPELLANT, *v.*
WALTER MOSES. Appeal from the United States Circuit

Court of Appeals for the Fifth Circuit. Submitted October 21, 1915. Decided October 25, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *United States* v. *Krall,* 174 U. S. 385; *McFarland* v. *Brown,* 187 U. S. 239; *Missouri &c. Railway* v. *Olathe,* 222 U. S. 185; *United States* v. *Beatty,* 232 U. S. 463. *Mr. William R. Thurmond* for the appellant. *Mr. Elijah Robinson* for the appellee.